No. 878. GENERAL TIRE & RUBBER CO. v. WATKINS, U. S. DISTRICT JUDGE. Motion of Firestone Tire & Rubber Co. et al. for leave to file brief, as *amici curiae*, granted. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. *Norman P. Ramsey* and *Charles J. Merriam* for petitioner. *Solicitor General Cox* filed a memorandum for the United States. *Edward S. Irons, William Wade Beckett* and *Stanley M. Clark* for Firestone Tire & Rubber Co. et al., as *amici curiae*, in opposition.

No. 902. S. STERN & CO. v. UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Leonard Feldman* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.

No. 912. NELLO L. TEER CO. ET AL. v. HOLLYWOOD GOLF ESTATES, INC. C. A. 5th Cir. Certiorari denied. *Wesley G. Carey* and *Charles B. Nye* for petitioners. *Lewis Horwitz* and *L. J. Cushman* for respondent.

No. 896. DEAN, ADMINISTRATOR, v. COLE. C. A. 4th Cir. Certiorari denied. *Henry Hammer* and *Henry H. Edens* for petitioner. *Irvine F. Belser* for respondent.

No. 811, Misc. KYLE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.